**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Stephanie Orejel | |
| Plaintiff | **FILED** |
| v. | **JANUARY 16, 2008** |
| Unknown Officers et al. | **MICHAEL W. DOBBINS** |
| Defendants | **CLERK, U.S. DISTRICT COURT** |

**PH**    **08 C 364**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Stephanie Orejel

**JUDGE GRADY**
**MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
|---|
| Erica Faaborg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Erica Faaborg |
| FIRM |
| Law Offices of Blake Horwitz |
| STREET ADDRESS |
| 155 N. Michigan Ave., Suite 723 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291537 | (312) 616-4433 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐