# United States District Court for the Northern District of Illinois

Case Number: 08CV364  Assigned/Issued By: J. N.

Judge Name: GRADY  Designated Magistrate Judge: KEYS

## FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350  Receipt #: 2470131

Date Payment Rec'd: 1-16-08  Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
_____
(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
(Type of Writ)

1 Original and 0 copies on 1-16-08 as to DEFENDANT
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05