**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE OREJEL, | ) | 08 C 0364 |
| | ) | |
| Plaintiff, | ) | Judge Kennelly |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Keys |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation

Counsel, respectfully moves this court for an extension of time to answer or otherwise plead in

response to Plaintiff's complaint until March 27, 2008, and in support states:

1.  Plaintiff filed her eight-count complaint on January 16, 2008.   The complaint alleges

federal claims under 42 U.S.C. § 1983 and Illinois state law claims against the City and unknown

Chicago Police officers.

2.  Plaintiff's complaint and summons were served on the City on or about January 17,

2008.  Counsel for the City received the complaint and summons on or about February 26, 2008,

several weeks after the City was due to answer or plead in response to Plaintiff's complaint.

3.  Because of this delay in receiving the complaint, the City has not yet begun the

process of investigating all of the allegations in the Plaintiff's complaint and gathering and

examining the pertinent records.

4.  Therefore, counsel for the City requests until March 27, 2008, to answer or otherwise

plead in response to the complaint.

5.  As far as can be determined, this motion will not unduly burden the Court's management schedule.  This request is made not to delay the proceedings, but rather to allow the City to respond properly to the allegations in Plaintiff's complaint.

6.  Plaintiff's counsel has stated that he does not object to this motion.

WHEREFORE, the City respectfully requests this court to enter an order granting an extension to March 27, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the City of Chicago

By:     **/s/ _Megan K. McGrath_**
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 06288408