**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Stephanie Orejel
                          Plaintiff,

v.                                            Case No.: 1:08−cv−00364
                                            Honorable Matthew F. Kennelly

Unknown Officers, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 16(b) held on 3/27/2008 with attorneys for plaintiff and City of Chicago. The City is attempting to identify the alleged "unknown officers". Status hearing continued to 4/17/2008 at 09:00 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.