IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE OREJEL, <br><br> Plaintiff, <br><br> v. <br><br> UNKNOWN OFFICERS, and the CITY OF CHICAGO, <br><br> Defendants. | No. 08-cv-364 <br><br> JUDGE KENNELLY |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Wolfe Horwitz     lobh@att.net,bwhorwitz@att.net

Amanda Sunshine Yarusso     asyarusso@att.net

2

Abbas Badruddin Merchant     abbas.lobh@gmail.com,lobh@att.net

Megan Kelly McGrath     megan.mcgrath@cityofchicago.org

Erica E. Faaborg     erica.lobh@gmail.com

Joan Pettee Altman     joan.altman@cityofchicago.org

s/ Blake Horwitz_____
Blake Horwitz
Horwitz, Richardson and Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel: 312-676-2100
Fax: 312-372-7076
