UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Stephanie Orejel
                Plaintiff,

v.                                  Case No.: 1:08−cv−00364
                                  Honorable Matthew F. Kennelly

Unknown Officers, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 169b) held on 4/17/2008 with attorneys for both sides. Status hearing continued to 5/8/2008 at 09:00 AM. City of Chicago's response to complaint is to be filed by 5/15/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.