UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Stephanie Orejel
       Plaintiff,

v.                Case No.: 1:08−cv−00364
               Honorable Matthew F. Kennelly

Unknown Officers, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

  MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 5/8/2008 with only defendant's attorney appearing. Plaintiff's attorney fails to appear. Plaintiff is ordered to show cause why a sanction should not be imposed. Status hearing continued to 5/21/2008 at 09:30 AM. Counsel for both sides are ordered to appear. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.