IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE OREJEL, | ) | |
| | ) | No.   08 C 0364 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Keys |
| UNKNOWN OFFICERS, and the CITY OF CHICAGO, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:     All parties of record

PLEASE TAKE NOTICE that on the 15th day of May 2008, the City of Chicago electronically filed its Answer, Defenses, and Jury Demand to Plaintiffs' Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to electronically filed to all parties who are "ECF" filers in this matter this 15th day of May 2008.

                                        Respectfully submitted,

                                        MARA S. GEORGES,
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                        By:      /s/ Joan P. Altman
                                        JOAN P. ALTMAN
                                        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-2826 Office
(312) 744-3989 Fax
Attorney No. 6285629