# EXHIBIT C

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Abbas B. Merchant, Esq.

*Legal Assistants*
Emily E. Schnidt    Ra Chaka
John C. Ochoa      Dennis Gary

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 12, 2008

JoAnn Altman, Esq.                          Via Facsimile
Megan K McGrath, Esq.
Assistant Corporation Counsel
30 N. LaSalle Suite 1020
Chicago, IL 60602
Fax (312) 744-3989

Re: *Orejel v. City of Chicago, et al.*, 08 cv 364

Dear JoAnn:

Thank you for your letter today. I called and left a message for you. It seems that we are at a ripe stage for Motion practice. In *Taborn v. City of Chicago*, (see westlaw cite) Judge Darah clarified the City's obligations. I have discussed this with you. It seems that the City is resisting the performance of an investigation as required in *Taborn*. For example, there is no identification of the individuals that you have spoken to as requested in the interrogatory answers. Further, you have not spoken to people with knowledge. Therefore, the City has not undertaken its responsibility in this regard. We discussed this before and I have asked that the City engage in the inquiry. The Judge has asked us to get at issue and I believe that we are. Thank you for your attention to this matter.

Sincerely,

Blake Horwitz

155 North Michigan, Suite 723      Phone: 312-616-4433      lobh@att.net
Chicago, Illinois 60601            Fax: 312-565-7173