# EXHIBIT D

# HORWITZ, RICHARDSON & BAKER, LLC 

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

June 13, 2008

Joan Altman, Esq.                                   Via Facsimile
Megan K McGrath, Esq.
Assistant Corporation Counsel
30 N. LaSalle Suite 1020
Chicago, IL 60602
Fax (312) 744-3989

Re: *Orejel v. City of Chicago, et al.*, 08 cv 364

Dear Joan:

I am in receipt of your June 12, 2008 letter. In this letter you have not identified the individuals with whom you spoke regarding the investigation conducted to determine the identity of the Officers involved.

Pursuant to our conversation regarding this investigation, I understand that the City has spoken to individuals within the Department of Law but has not spoken with any Officers or Sergeants employed by the Chicago Police Department.

If this is not an accurate representation, please provide me with any information to the contrary.

Sincerely,

Blake Horwitz