IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE OREJEL, | |
| Plaintiff, | |
| v. | Judge Kennelly<br>Magistrate Judge Keys |
| UNKNOWN OFFICERS, and the CITY OF CHICAGO, | No. 08-cv-364 |
| Defendants. | |

## NOTICE OF MOTION

On June 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached MOTION TO COMPEL.

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I caused the following documents:

NOTICE OF MOTION AND MOTION TO COMPEL

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Joan Pettee Altman     joan.altman@cityofchicago.org

Erica E. Faaborg     efaaborg@hrbattorneys.com

Blake Wolfe Horwitz     bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@erlaw.net, mpizarro@hrbattorneys.com, npeters@erlaw.net, npeters@hrbattorneys.com

Megan Kelly McGrath     megan.mcgrath@cityofchicago.org

Abbas Badruddin Merchant     amerchant@hrbattorneys.com

Amanda Sunshine Yarusso     ayarusso@hrbattorneys.com

Respectfully Submitted,

s/ Erica Faaborg
Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100