UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE OREJEL, | ) | |
| Plaintiff, | ) | No.08 C 0364 |
| v. | ) | Judge Kennelly |
| | ) | Magistrate Judge Keys |
| UNKNOWN OFFICERS and | ) | |
| THE CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Blake Horwitz, Amanda S. Yarusso,          Megan McGrath
      Erica E. Faaborg, Abbas B. Merchant        City of Chicago Department of Law
      Horwitz, Richardson & Baker, LLC           30 N. LaSalle Street, Suite 1020
      20 S. Clark St., Suite 500                 Chicago, Illinois 60603
      Chicago, Illinois 60602

Please take notice that on September 2, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Motion For Leave to Withdraw as Counsel, a copy of which was thereby served upon you.

Please take further notice that I will appear before the Honorable Judge Kennelly or such other Judge or Magistrate Judge sitting in his stead on September 17, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

I hereby certify that I caused to be served a true copy of this notice and Defendant's Motion for Leave to Withdraw as Counsel on attorneys of record as identified above, through the Court's ECF on September 2, 2008.

                                                 /s/ Joan P. Altman
                                                 Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-744-2826